Case 1:10-cr-00490-TCB -LTW   Document 84   Filed 12/20/10   Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:10-cr-00490-TCB -LTW**
**USA v. Chavez-Maciel et al**
**Honorable Linda T. Walker**

Minute Sheet for proceedings held In Open Court on 12/20/2010.

TIME COURT COMMENCED: 10:19 A.M.
TIME COURT CONCLUDED: 10:24 A.M.
TIME IN COURT: 00:05
TAPE NUMBER: FTR GOLD
DEPUTY CLERK: Sonya Lee-Coggins

| | |
|---|---|
| DEFENDANT(S): | [6]Carlos Chartee Jackson NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Lawrence DeLan representing Carlos Chartee Jackson<br>Jane Swift representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| EXCLUDABLE DELAY: | The parties shall have until 1/20/2011 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. If no motions are filed by 1/20/2011, the case will be certified ready for trial. |